Derrick M. Davis, TN BPR No. 037122
derrick@trusttree.com
*Appearing Pro Hac Vice*
TRUST TREE LEGAL, P.C.
798 Berry Road, #41400
Nashville, Tennessee 37204
Tel.: (615) 469-0451
Fax: (615) 852-8408

*Attorneys for Defendants,*
*East Valley Tactical LLC*
*and Eric Anderson*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, and RBTM LLC, a Wyoming limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>East Valley Tactical LLC, et al.,<br><br>    Defendants. | **CASE NO. 2:26-cv-04164-PHX-SHD**<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER (Second Request)** |

Pursuant to L.R. Civ. 7.3, Plaintiffs ABC IP LLC, RBTM LLC, and Rare Breed Triggers Inc. ("Plaintiffs") and Defendants East Valley Tactical LLC and Eric Anderson ("Defendants," and collectively with Plaintiffs comprising the "Parties"), by and through their respective counsel, hereby jointly submit this Stipulation for Extension of Time to Answer (the "Stipulation") and [Proposed] Order to modify the deadline for Defendants' responses to the Complaint (ECF No. 1) as follows:

1.      On June 12, 2026, Plaintiffs filed their Complaint against Defendants.

2.      Plaintiffs' counsel has represented that on June 23, 2026, Plaintiffs personally served Defendants with a copy of their Complaint and the Summons; as such, Defendants' responses to the Complaint were originally due on or before July 14, 2026.

3.      On July 2, 2026, counsel for Plaintiffs and Defendants first engaged in preliminary discussions regarding the dispute, including discussions regarding potential settlement of the litigation. Settlement discussions between the Parties are ongoing.

4.      Counsel for Plaintiffs has represented that Plaintiffs intend to seek a transfer of the present action to the Eastern District of Texas for consolidation with other pending cases in MDL No. 3176. On July 29, 2026, Plaintiffs filed a Notice regarding Multidistrict Litigation Filing, concerning Plaintiffs' motion to consolidate the present action with other similar cases in MDL No. 3176. *See* ECF No. 16.

5.      On July 14, 2026, Defendants filed a first Stipulation for Extension of Time to Answer Complaint, which was granted and extended Defendants' deadline to respond to the Complaint to August 4, 2026.

6.      In order to allow additional time for (i) the Parties to meet and confer about the allegations in the Complaint and potential resolution of their differences prior to the filing of a responsive pleading and/or (ii) developments concerning transfer and consolidation of the present action in MDL No. 3176, the Parties stipulate and agree to extend Defendants' deadlines to respond to the Complaint by twenty-one (21) days, up to and including August 25, 2026.

1

7. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), good cause for an extension of time exists.

8. This is the second request for an extension of time submitted to the Court by the parties.

9. By agreeing to this Stipulation, Defendants do not intend to waive, and expressly do not waive, any and all issues, defenses, or disputes relating to this action.

10. Each of the signatories listed below have concurred in the filing of this Stipulation.

11. A proposed Order in conformance with L.R. Civ. 7.1(b)(3) is submitted herewith.

**IT IS SO STIPULATED.**

Dated: August 4, 2026                    Respectfully submitted,

By:      /s/ Derrick M. Davis
         TRUST TREE LEGAL, P.C.
         Derrick M. Davis (*Pro Hac Vice*),
         TN BPR No. 037122
         798 Berry Road #41400
         Nashville, TN 37204
         derrick@trusttree.com
         Tel: (865) 867-7500

         *Attorneys for Defendants*
         East Valley Tactical LLC
         and Eric Anderson

By:      /s/ Roger A. Denning
         Roger A. Denning (AZ SBN 018315)
         **FISH & RICHARDSON P.C.**
         12860 El Camino Real, Suite 400
         San Diego, CA 92130
         E-mail: denning@fr.com
         Tel: (858) 678-5070

2

Fax: (858) 678-5099

Glenn D. Bellamy
(*Pro Hac Vice*)
Ohio Bar No. 0070321
**WOOD HERRON & EVANS LLP**
600 Vine Street, Suite 2800
Cincinnati OH 45202
E-mail: gbellamy@whe-law.com
Tel: (513) 707-0243
Fax: (513) 241-6234

Matthew A. Colvin
(*Pro Hac Vice*)
Texas Bar No. 24087331
Carl E. Bruce
(*Pro Hac Vice*)
Texas Bar No. 24036278
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
E-mail: colvin@fr.com
E-mail: bruce@fr.com
Tel: (214) 747-5070
Fax: (214) 747-2091

Benjamin J. Christoff
(*Pro Hac Vice*)
DC Bar No. 1025635
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
E-mail: christoff@fr.com
Tel: (202) 783-5070
Fax: (202) 783-2331

*Attorneys for Plaintiffs*
*ABC IP, LLC, Rare Breed Triggers, Inc.*
*and RBTM LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2026, I electronically filed the foregoing STIPULATION FOR EXTENSION OF TIME TO ANSWER with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all Counsel of Record who have appeared.

*/s/ Derrick M. Davis*
Derrick M. Davis

4